```
              IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF SOUTH CAROLINA

                       GREENWOOD DIVISION

UNITED STATES OF AMERICA,      )   CANCELLATION OF LIS PENDENS
                               )
                Plaintiff,     )   C/A No. 8:07-1634 HFF
                               )
         vs.                   )
                               )
Paulette Anthony, Chase        )
Manhattan Mortgage Corporation,)
                               )
                Defendants.    )
```

The United States of America does hereby acknowledge that James N. Gay, was the successful bidder at the sale of the property subject to the above-entitled action, and the Clerk of Court of Common Pleas for Edgefield County, South Carolina is hereby authorized and directed to cancel the Lis Pendens which was filed and recorded in that office on July 20, 2007, in Lis Pendens Book 1131, at Page 246-247.

                              S/Henry F. Floyd
                              UNITED STATES DISTRICT JUDGE

Spartanburg, South Carolina

November    10   , 2008